**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANTHONY LIVELY**                                                            **PLAINTIFF**

**V.**                            **CASE NO. 3:18-CV-253-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the

decision of the Commissioner, and remanding this case to the Commissioner for further

proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*,

501 U.S. 89 (1991).

DATED this 15th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE